Local Criminal Notice of Appeal Form.

## NOTICE OF APPEAL
## United States District Court

EASTERN District of NEW YORK

UNITED STATES OF AMERICA

vs.

JIAN JUN LIU

Docket No.: 11 – CR. – 346

CAROL B. AMON
(District Court Judge)

Notice is hereby given that DEFENDANT JIAN JUN LIU appeals to the United States Court of Appeals for the Second Circuit from the judgment of conviction – Count One 18 U.S.C.§1951 (a) Extortion Conspiracy and Count Two 18 U.S.C.§1951 (a) Attempted Extortion entered in this action on March 9, 2012.

Offense occurred after November 1, 1987        Yes [x]        No [ ]

Date: March 13, 2012

RONALD E. KLIEGERMAN, ESQ.
Kliegerman & Joseph, LLP
*Counsel for Appellant*
Address:    Two Rector Street - 20th Floor
            New York, New York 10006
Telephone:  (212) 964-2500

ADD ADDITIONAL PAGE IF NECESSARY

| TO BE COMPLETED BY ATTORNEY | TRANSCRIPT INFORMATION - FORM B |
|---|---|
| **QUESTIONNAIRE** | **TRANSCRIPT ORDER** DESCRIPTION OF PROCEEDINGS FOR WHICH TRANSCRIPT IS REQUIRED (INCLUDE DATE) |
| [x] I am ordering a transcript<br>[ ] I am not ordering a transcript<br>Reason:<br>[ ] Daily copy is available<br>[ ] U.S. Attorney has placed order<br>[ ] Other. Attach explanation | Prepare transcript of         Dates<br>[x] Prepare proceedings *July 15, 2012*<br>[x] Trial *August 1, August 2, and August 3, 2012*<br>[x] Sentencing *March 9, 2012*<br>[x] Post-trial proceedings *February 21, 2012 and March 9, 2012* |

The attorney certifies that he/she will make satisfactory arrangements with the court reporter for payment of the cost of the transcript (FRAP 10(b)).
Method of payment:    [ ] Funds [ ]      CJA Form 24 [ ]

ATTORNEY'S SIGNATURE: *Ronald E. Kliegerman*    DATE: March 13, 2012

| COURT REPORTER ACKNOWLEDGMENT | TO BE COMPLETED BY Court Reporter and forwarded to Court of Appeals | | |
|---|---|---|---|
| Date order received | Estimated completion date | | Estimated number of pages |
| | Date _____ | Signature _____ (Court Reporter) | |

**DISTRIBUTE COPIES TO THE FOLLOWING:**
1. Original to U.S. District Court (Appeals Clerk).
2. Copy U.S. Attorney's Office.
3. Copy to Defendant's Attorney
4. U.S. Court of Appeals
5. Court Reporter (District Court)

USCA-2
FORM A Rev. 10-02